October 22, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00585-CV                    V.

BRIAN DANIEL GRAHAM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brian Daniel Graham, signed December 20, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it signed an order expunging appellee Brian Daniel Graham's records related to his arrest for theft of property by check. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment denying appellee Brian Daniel Graham's petition for expunction.

We further order that all costs incurred by reason of this appeal be paid by appellee, Brian Daniel Graham.

We further order this decision certified below for observance.